ACCEPTED
03-15-00325-CV
8371741
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 9:57:31 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00325-CV

_____

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 9:57:31 AM
JEFFREY D. KYLE
Clerk

_____

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION**
*Appellant*,

**v.**

**JESSICA LUKEFAHR**
*Appellee*.

_____

On Appeal from the 345th Judicial District Court
of Travis County, Texas
Cause No. D-1-GN-14-002158
The Honorable Stephen Yelenosky Presiding

_____

**APPELLANT'S OPPOSED MOTION TO STRIKE
MATERIAL OUTSIDE THE RECORD**

_____

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

KARA HOLSINGER
Assistant Attorney General
State Bar No. 24065444
OFFICE OF THE ATTORNEY GENERAL
OF TEXAS
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4203
Facsimile: (512) 320-0167
kara.holsinger@texasattorneygeneral.gov

COUNSEL FOR APPELLANT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Appellant Texas Health and Human Services Commission ("HHSC") and files this Opposed Motion to Strike Material Outside the Record. Appellee's Response Brief of December 17, 2015 includes "Appendix B," which is a partial transcription of an electronic recording of a Health and Human Services Commission Medical Care Advisory Committee meeting of June 9, 2015. HHSC moves to strike Appendix B, and those portions of Appellee's Reply Brief that rely on Appendix B, because it was not presented to or relied on by the trial court in rendering its judgment. Appendix B is not part of the Clerk's Record or otherwise made a part of the record on appeal.

Texas Rule of Appellate Procedure 34.1 states that "[t]he appellate record consists of the clerk's record and, if necessary to the appeal, the reporter's record." Appendix B does not appear in, nor is it referenced in, any pleading that is a part of the clerk's record. This Court may only review the record as filed and may not consider documents that are not in the record and were not considered by the trial court. *Warriner v. Warriner*, 394 S.W.3d 240, 254 (Tex. App.—El Paso 2012, no pet.) ("Appellate courts cannot review documents not included in the record. Documents attached to a brief as an exhibit or an appendix, but not appearing in the record, cannot be considered on appellate review, save for limited exceptions not relevant here."); *Burke v. Ins. Auto Auctions Corp.*, 169 S.W.3d 771, 775 (Tex. App.—Dallas 2005, pet. denied) ("[A]n appellate court cannot consider documents

or hearings that are cited in the brief and attached as appendices if they are not formally included in the record on appeal."). As Appendix B does not appear in the record, this Court should not consider it.

## PRAYER

Accordingly, as Appendix B to Appellee's Response Brief of December 17, 2015 consists of material not included in the record on appeal, this Motion to Strike should be granted and the Court should not consider Appendix B or the arguments in Appellee's Response Brief supported by this document.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

*/s/ Kara Holsinger*
KARA HOLSINGER
Assistant Attorney General
State Bar No. 24065444
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

2

Telephone: (512) 475-4203
Facsimile: (512) 320-0167
kara.holsinger@texasattorneygeneral.gov

*Attorneys for Appellant*

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Appellant certifies that she has conferred with counsel for Appellee regarding the foregoing Motion to Strike and has been advised that Appellee opposes the motion.

/s/ Kara Holsinger
KARA HOLSINGER

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Motion to Strike was served via e-serve and e-mail on this the 28th day of December, 2015, to the following:

Maureen O'Connell
Texas Bar No. 00795949
Southern Disability Law Center
1307 Payne Avenue
Austin, Texas 78757
Telephone: 512-458-5800
Facsimile: 512-458-5850
moconnell458@gmail.com

*Attorney for Appellee*

/s/ Kara Holsinger
KARA HOLSINGER
Assistant Attorney General

3